UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| FRATELLI D'AMATO SpA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACTRANS AIR & SEA USA a/k/a PACTRANS AIR & SEA, INC.,<br><br>　　　　Defendant. | Case No. 3-13-cv-005848-001 (RS)<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER<br><br>Case Management Meeting:<br>Date:　March 20, 2014<br>Time:　10:00 a.m.<br>Dept:　Courtroom 3, 17th Floor<br><br>Action Filed:　December 18, 2013<br>Trial Date:　N/A |

　　　Considering the Administrative Motion of Plaintiff and the nature of this action as an attachment action pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the parties are not requirement to comply with the Order Setting Initial Case Management Conference (Dkt. # 2), are exempt from the submitting initial disclosures and preparation of a discovery plan.  Further, the Case Management Conference, currently scheduled for March 20, 2014, is extended to June 5, 2014.

　　　IT IS SO ORDERED.

DATED: 3/7/14

_____
Hon. Richard Seeborg
United States District Judge

12441.0001/3149494.1　　　　　　　　　　　1　　　　　　　　　　　3-13-cv-005848-001 (RS)
　　　　　　　　　　　　　　　　　　　　　　　　　　　[~~PROPOSED~~] CASE MANAGEMENT ORDER