UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| FRATELLI D'AMATO SpA,<br><br>             Plaintiff,<br><br>    vs.<br><br>PACTRANS AIR & SEA USA a/k/a<br>PACTRANS AIR & SEA, INC.,<br><br>             Defendant. | Case No. 3-13-cv-005848-001 (RS)<br><br>**ORDER CONFIRMING CASE<br>MANAGEMENT CONFERENCE**<br><br>Case Management Conference:<br><br>Date:  August 14, 2014<br>Time:  10:00 a.m.<br>Dept:  Courtroom 3, 17th Floor |

On August 7, 2014, the parties entered a joint stipulation and proposed order to stay these proceedings pending completion of a payment schedule agreed to by the parties. The parties also submitted a brief case management conference statement requesting the conference be taken off of the Court's calendar in light of the pending request to stay. As questions remain as to why this matter may not simply be dismissed with jurisdiction maintained for any subsequent motion to enforce the settlement, the Case Management Conference previously set for August 14, 2014 shall remain on calendar for 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. Parties or counsel may appear personally or file a request to appear by telephone no later than August 8, 2014. If any party files such a request, all parties shall appear telephonically at 11:00 a.m.

    IT IS SO ORDERED.

DATED: August 7, 2014

_____
Richard Seeborg
United States District Judge