1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

**United States District Court**
For the Northern District of California

11  FRATELLI D'AMATO SpA,                    No. C 13-05848  RS

12              Plaintiff,                   **ORDER DISMISSING CASE**
        v.                                   **WITHOUT PREJUDICE**
13
    PACTRANS AIR & SEA USA a/k/a
14  PACTRANS AIR & SEA, INC.,

15

16              Defendant.
    _____/

17

18        The parties in this matter have reached an agreement to a Payment Schedule and

19  Agreement for Forbearance of Legal Proceedings ("Agreement") with respect to the disputes

20  between them in this case and related London arbitration.  The parties have informed the court

21  that the Agreement calls for payments to be made by Pactrans to Fratelli each month, with the

22  last payment to be made in January 2017, at which time the parties contemplate dismissing the

23  case with prejudice.

24        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

25  Case Management Conference on August 14, 2014.  After considering the Joint Case

26  Management Statement and Stipulation submitted by the parties and consulting with the

27  attorneys of record for the parties, and good cause appearing, it is hereby ordered that the case be

28  dismissed without prejudice to reactivating the case on the court's docket upon notice by the

parties of the need for judicial intervention to enforce the terms of the Agreement.  The Court will retain jurisdiction over any further proceedings to enforce the Agreement as it pertains to the complaint filed in this matter.

IT IS SO ORDERED.

DATED:   August 14, 2014

_____
RICHARD SEEBORG
United States District Judge

United States District Court

For the Northern District of California

2